## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**ANTHONY BRAWNER,**
**a/k/a ANTHONY BARBER,**                      :
    **Petitioner**                      :            **No. 1:14-cv-01489**
                          :
    **vs.**                      :            **(Judge Kane)**
                          :
**J.E. THOMAS, WARDEN,**                      :            **(Magistrate Judge Blewitt)**
    **Respondent**                      :

## <u>ORDER</u>

**ACCORDINGLY**, on this 11th  day of December 2014, **IT IS HEREBY ORDERED THAT:**

    1.    Magistrate Judge Blewitt's Report and Recommendation (Doc. No. 5) is **ADOPTED**;

    2.    Petitioner's objections (Doc. No. 6) are **OVERRULED**; and

    3.    The Clerk of Court is directed to transfer this action to the United States District Court for the District of Columbia and to close the case.

<u>S/ Yvette Kane</u>
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania